■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CALDWELL, Appellant. [902 NYS2d 364]—Judgments, Supreme Court, New York County (Charles H. Solomon, J.), rendered July 24, 2008, convicting defendant, upon his pleas of guilty, of attempted robbery in the second degree and bail jumping in the first degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 12 years to life, unanimously affirmed.

Defendant's challenge to the constitutionality of his persistent violent felony offender adjudication is without merit (*see Almendarez-Torres v United States*, 523 US 224 [1998]; *People v Leon*, 10 NY3d 122, 126 [2008], *cert denied* 554 US —, 128 S Ct 2976 [2008]). Concur—Saxe, J.P., Friedman, Nardelli, Moskowitz and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CRUZ, Appellant. [902 NYS2d 364]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered December 22, 2008, convicting defendant, after a jury trial, of two counts of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to concurrent terms of three years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. In addition to an officer's testimony about having observed defendant engaging in an apparent drug transaction, the evidence of defendant's intent to sell included his possession of 25 methadone pills and $340 (*see People v Daley*, 281 AD2d 244 [2001], *lv denied* 96 NY2d 827 [2001]).

We perceive no basis for reducing the sentence. Concur— Saxe, J.P., Friedman, Nardelli, Moskowitz and Richter, JJ.